**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE KEITHLEY INSTRUMENTS, INC., DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:06CV2171 MEMBER CASE NO. 1:06CV2172 MEMBER CASE NO. 1:06CV2554 MEMBER CASE NO. 1:06CV2572 JUDGE SARA LIOI |
| This Document Relates To: All Actions | | JUDGMENT ENTRY |

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the motions to dismiss filed by the Individual Defendants (Doc. No. 80) and the nominal defendant KEI (Doc. No. 79) are **GRANTED**. This case is **DISMISSED.**

     **IT IS SO ORDERED**.

Dated: January 20, 2009

                                                             **HONORABLE SARA LIOI**
                                                              **UNITED STATES DISTRICT JUDGE**